Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLOTTE DOCKEN; JENNIFER JOYCE STEPHENS,** Individually, And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**PETMATRIX, LIMITED LIABILITY COMPANY,**<br><br>Defendant. | Case No. 8:16-cv-00994-AG-KES<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice as to the named plaintiffs, and without prejudice as to the putative class. Defendant has neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 23rd day of February, 2017

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

Filed electronically on this 23rd day of February, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Andrew J. Guilford
United States District Court
Central District of California

Anahit Tagvoryan
Blank Rome LLP

Safia Gray Hussain
Blank Rome LLP

Yosef A Mahmood
Blank Rome LLP

Harrison Maxwell Brown
Blank Rome LLP

This 23rd day of February, 2017

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN